1158

No. 04–7523. RICHARDSON v. FEDERAL BUREAU OF INVESTIGATION. C. A. 5th Cir. Certiorari denied.

No. 04–7525. BOATMAN v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 04–7530. NWACHUKWU v. JOHN HANCOCK MANAGEMENT Co. Ct. App. D. C. Certiorari denied.

No. 04–7531. MURDOCK v. AMERICAN AXLE & MANUFACTURING, INC. Ct. App. Mich. Certiorari denied.

No. 04–7538. FULLER v. THOMAS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–7541. GRIFFIN v. RUBY TUESDAY, INC. C. A. 11th Cir. Certiorari denied.

No. 04–7542. ESPARZA v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–7546. SANCHEZ v. DANKERT ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–7548. LOPEZ v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 04–7552. VINCENT v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 04–7554. DAVENPORT v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–7555. COVEY v. NATURAL FOODS, INC. Ct. App. Ohio, Lucas County. Certiorari denied.

No. 04–7557. MAYRIDES v. OHIO. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 04–7558. MAYES v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.